IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: |
| | : | November 8, 2018 |
| vs. | : | |
| | : | |
| ROBERT MACK #76295-066 | : | Criminal No. 17-519-1 |
| Philadelphia FDC | | |
| P.O. Box 562 | | |
| Philadephia, PA 19105 | | |
| <u>FEDERAL CUSTODY</u> | | |

## **<u>NOTICE</u>**

**TAKE NOTICE** that the above-entitled case has been set for Sentencing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Friday, March 8, 2019,** at **9:00 A.M.** before the Honorable Juan R. Sánchez, in **Courtroom 14B.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/Nancy E. DeLisle
Nancy E. DeLisle
Deputy Clerk to Chief Judge Sánchez
267-299-7789

NO INTERPRETER REQUIRED
SENTENCIN MEMOS DUE MARCH 1, 2019

Notice to:
| | |
|---|---|
| Defendant | (via MAIL) |
| Michael Drossner, Esq. | (via EMAIL) |
| Jonathan Ortiz, AUSA | (via EMAIL) |
| U.S. Marshal | (via EMAIL) |
| Probation Office | (via EMAIL) |
| Pretrial Services | (via EMAIL) |
| Larry Bowman | (via EMAIL) |