IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-519-1 |
| | : | |
| ROBERT MACK | : | |

## **ORDER**

AND NOW, this 25th day of June, 2019, upon consideration of the Government's objection to Paragraphs 55, 76, 81, and 84 of the Presentence Investigation Report (PSR), Defendant Robert Mack's opposition, the parties' presentations at the June 14, 2019, and June 20, 2019, sentencing hearings, and their June 19, 2019, supplemental submissions, and for the reasons stated on the record at the June 20, 2019, sentencing hearing and in the accompanying Memorandum, it is ORDERED the objection is SUSTAINED in part and OVERRULED in part as outlined therein.

It is further ORDERED that the Probation Office shall prepare an amended PSR consistent with the Court's finding that Mack is accountable for at least 280 grams but less than 840 grams of cocaine base.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.