IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 17-519-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ROBERT MACK | : | No. 21-3719 |

## ORDER

AND NOW, this 1st day of May, 2023, upon consideration of Petitioner Robert Mack's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF No. 326), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED. A certificate of appealability shall not issue, as Mack has not demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.